# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-cv-145-GCM

HANNAH W. WILSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

**ORDER**

Commissioner of Social Security,

    Defendant.

**THIS MATTER** is before the Court on Plaintiff Hannah Wilson's Complaint (Doc. No. 1) and Defendant Michael J. Astrue's Motion to Dismiss (Doc. No. 6). Because the Commissioner has provided Plaintiff with the relief she requested, and Plaintiff's counsel consents to the Motion to Dismiss, Plaintiff's Complaint will be DISMISSED as moot.

**IT IS, THEREFORE, ORDERED THAT:**

Defendant's Motion to Dismiss (Doc. No. 6) is GRANTED.

Signed: June 8, 2011

Graham C. Mullen
United States District Judge