# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hannah W. Wilson,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                     3:11-cv-145-GCM

Michael J. Astrue,

        Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2011 Order.

                              Signed: June 8, 2011

Frank G. Johns, Clerk
United States District Court